**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KARI BAUBLIT, et al.,** | : | **CASE NO. 2:11-cv-1077** |
| **Plaintiffs,** | : | **Judge Sargus**<br>**Magistrate Judge King** |
| **vs.** | : | |
| **EAST KNOX LOCAL SCHOOL DISTRICT, et al.,** | : | **STIPULATION AND ENTRY OF DISMISSAL** |
| **Defendants.** | : | |

All Plaintiffs and all Defendants hereby stipulate and agree that Plaintiffs' claims against Defendants may be dismissed, **WITH PREJUDICE**.

It appearing to the Court that the parties have so stipulated, it is, **ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party to bear his/her/its own costs.

JUDGE SARGUS    02-28-13

Respectfully submitted,

*/s/C. Raphael Davis-Williams*
Alexander M. Spater (0031417)
C. Raphael Davis-Williams (0087003)
LAW OFFICE OF
SPATER & DAVIS-WILLIAMS, LLC
250 East Broad Street, 10th Floor
Columbus, OH 43215-3708
T: (614) 884-0109; F: (614) 222-4738
sspater@spaterlaw.com
rdw@spaterlaw.com
*Counsel for Plaintiffs*

/s/ Mark A. Weiker
Nicole M. Donovsky (0072262), *Trial Attorney*
Mark A. Weiker (0086413), *Of Counsel*
MEANS, BICHIMER, BURKHOLDER
& BAKER CO., LPA
1650 Lake Shore Drive, Suite 285
Columbus, Ohio 43204
T: (614) 485-2010; F: (614) 485-2019
ndonovsky@mbbblaw.com
rross@mbbblaw.com
*Co-Counsel for Defendants*

/s/ Sandra R. McIntosh
Sandra R. McIntosh (0077278), *Trial Attorney*
Bartholomew T. Freeze (0086980), *Of Counsel*
FREUND, FREEZE & ARNOLD, LPA
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215
T: (614) 827-7300; F: (614) 827-7303
smcintosh@ffalaw.com
bfreeze@ffalaw.com
*Co-Counsel for Defendants*